IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SURESHOT GOLF VENTURES, INC., | § § | |
| *Plaintiff*, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:17-cv-127 |
| TOPGOLF INTERNATIONAL, INC., | § § | |
| *Defendant*. | § § | |

## JOINT MOTION TO SET BRIEFING SCHEDULE

Under the current schedule, Defendant Topgolf International, Inc. ("Topgolf") is required to file a responsive pleading or a motion under Federal Rule of Civil Procedure 12 by March 24, 2017. The opposition brief for Plaintiff SureShot Golf Ventures, Inc. ("SureShot") to Topgolf's anticipated Rule 12 motion is currently due on April 14, 2017.

Pursuant to Rule 6(b), Topgolf and SureShot jointly move the Court to extend the schedule as follows:

- Defendant's deadline to file a responsive pleading or a motion under Rule 12: April 13, 2017

- Plaintiff's deadline to respond to Defendant's motion under Rule 12: May 24, 2017

- Submission date and Defendant's deadline to file a reply regarding such motion: June 2, 2017

Good cause exists to enter the proposed revised schedule. In light of counsel's other commitments and deadlines, the proposed schedule will provide adequate time to prepare appropriate filings to aid the Court's decisionmaking process.

DATE:  February 20, 2017                                   Respectfully submitted,

**TAHERZADEH, PC**                                          **GIBSON, DUNN & CRUTCHER LLP**

By : */s/ Mo Taherzadeh*                                    By: */s/ M. Sean Royall*
Mo Taherzadeh                                               M. Sean Royall
   *Attorney-In-Charge*                         *Attorney-in-Charge*
   Texas Bar No. 24028022                       Texas State Bar No. 17351950
   Federal Bar No. 29596                        Southern District of Texas Bar No. 569821
1001 West Loop South, Suite 700                             Ashley E. Johnson
Houston, Texas 77027                                           Texas Bar No. 24067689
Telephone: (713) 360-6055                                      Southern District of Texas Bar No. 154574
mo@taherzadehlaw.com                                        2100 McKinney Avenue, Suite 1100
                                                            Dallas, Texas 75201
**YETTER COLEMAN LLP**                                      Telephone: (214) 698-3100
                                                            Facsimile: (214) 571-2900
Collin J. Cox                                               sroyall@gibsondunn.com
   State Bar No. 24031977                    ajohnson@gibsondunn.com
Wendie Childress
   State Bar No. 24027971                    **ATTORNEYS FOR TOPGOLF**
909 Fannin, Suite 3600                                      **INTERNATIONAL, INC.**
Houston, Texas 77010
Telephone: (713) 632-8000
Facsimile: (713) 632-8002

**ATTORNEYS FOR SURESHOT GOLF**
**VENTURES, INC.**

**JOINT MOTION TO SET BRIEFING SCHEDULE**                                          **PAGE 2**

## CERTIFICATE OF SERVICE

The undersigned hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system on this the 20th day of February, 2017.

                                                */s/ M. Sean Royall*
                                                M. Sean Royall