IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SURESHOT GOLF VENTURES, INC., | § § § | |
| *Plaintiff*, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:17-cv-127 |
| TOPGOLF INTERNATIONAL, INC., | § § § | |
| *Defendant*. | § § | |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO SET BRIEFING SCHEDULE

The Court, having considered the parties' Joint Motion to Set Briefing Schedule, hereby **GRANTS** that motion and orders the parties to comply with the following deadlines:

- Defendant's deadline to file a responsive pleading or a motion under Rule 12: April 13, 2017

- Plaintiff's deadline to respond to Defendant's motion under Rule 12: May 24, 2017

- Defendant's deadline to file a reply regarding its motion under Rule 12: June 2, 2017

If Defendant files a motion under Rule 12, it will be submitted for the Court's consideration on June 2, 2017.

**SO ORDERED.**                                    **BY THE COURT:**

Date: _____                   _____
                                        **Hon. Gray H. Miller**
                                        **United States District Judge**