United States District Court
Southern District of Texas
**ENTERED**
September 05, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SURESHOT GOLF VENTURES, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-127 |
| | § | |
| TOPGOLF INTERNATIONAL, INC., | § | |
| | § | |
| *Defendant*. | § | |

### FINAL JUDGMENT

Pursuant to the memorandum, opinion and order entered on August 24, 2017, defendant Topgolf International, Inc.'s motion to dismiss (Dkt. 10) is GRANTED. Plaintiff SureShot Golf Ventures, Inc.'s claims are DISMISSED WITH PREJUDICE. Judgment is ENTERED in favor of the defendant.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on September 5, 2017.

_____
Gray H. Miller
United States District Judge