IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SURESHOT GOLF VENTURES, INC., | § § | CIVIL ACTION NO. 4:17-cv-127 |
| *Plaintiff*, | § § | |
| v. | § § § | |
| TOPGOLF INTERNATIONAL, INC., | § § | |
| *Defendant*. | § § | JURY DEMANDED |

**PLAINTIFF SURESHOT GOLF VENTURES, INC.'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff SureShot Golf Ventures, Inc., appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this case on September 5, 2017 (Dkt. 18), and from all preceding orders subsumed in that Final Judgment, including, but not limited to, the Order filed on August 24, 2017 (Dkt. 17).

                Respectfully Submitted,

                TAHERZADEH, PC

                */s/ Mo Taherzadeh*

                MO TAHERZADEH
                mo@taherzadehlaw.com
                Texas Bar No. 24028022
                Federal Bar No. 29596
                550 Post Oak Blvd, Suite 580
                Houston, Texas 77027
                Telephone: (713) 360-6055
                Attorney-In-Charge

                ATTORNEY FOR PLAINTIFF-APPELLANT
                SURESHOT GOLF VENTURES, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that on September 25, 2017, a copy of the foregoing instrument was served all counsel of record via the Court's ECF system.

                                            */s/ Mo Taherzadeh*
                                            Mo Taherzadeh