APPEAL,APPEAL_NAT,CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:17-cv-00127
### Internal Use Only

| | |
|---|---|
| Sureshot Golf Ventures, Inc. v. Topgolf International, Inc. | Date Filed: 01/17/2017 |
| Assigned to: Judge Gray H Miller | Date Terminated: 09/05/2017 |
| Cause: 28:1337 Sherman-Clayton Act | Jury Demand: Plaintiff |
| | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Defendant**

**SureShot Golf Ventures, Inc.**   represented by   **Mo Taherzadeh**
Taherzadeh Law Firm
1001 West Loop South, Suite 700
Houston, TX 77027
713-360-6055
Fax: 713-626-7113
Email: mo@taherzadehlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Topgolf International, Inc.**   represented by   **Ashley Elizabeth Johnson**
Gibson Dunn & Crutcher LLP
2100 McKinney Ave
Ste 1100
Dallas, TX 75201
214-698-3111
Email: ajohnson@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Sean Royall**
Gibson Dunn et al
2100 McKinney Ave
Dallas, TX 75201
214-698-3256
Fax: 214-571-2923
Email: sroyall@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Thomas Thompson**
Gibson Dunn Crutcher LLP
2100 McKinney Ave

Ste 1100
Dallas, TX 75201
214-698-3100
Email: wtthompson@gibsondunn.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2017 | 1 | COMPLAINT against Topgolf International, Inc. (Filing fee $ 400 receipt number 0541-17789197) filed by SureShot Golf Ventures, Inc.. (Attachments: # 1 Civil Cover Sheet)(Taherzadeh, Mo) (Entered: 01/17/2017) |
| 01/18/2017 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Scheduling Order Deadline date 3/31/2017 (Signed by Judge Gray H Miller) Parties notified.(hcarradi, 4) (Entered: 01/18/2017) |
| 02/02/2017 | 3 | NOTICE of Appearance by Ashley E. Johnson on behalf of Topgolf International, Inc., filed. (Johnson, Ashley) (Entered: 02/02/2017) |
| 02/02/2017 | 4 | CERTIFICATE OF INTERESTED PARTIES by Topgolf International, Inc., filed.(Johnson, Ashley) (Entered: 02/02/2017) |
| 02/02/2017 | 5 | CERTIFICATE OF INTERESTED PARTIES by SureShot Golf Ventures, Inc., filed.(Taherzadeh, Mo) (Entered: 02/02/2017) |
| 02/10/2017 | 6 | NOTICE of Appearance by M. Sean Royall on behalf of Topgolf International, Inc., filed. (Royall, Michael) (Entered: 02/10/2017) |
| 02/12/2017 | 7 | WAIVER OF SERVICE Returned Executed as to Topgolf International, Inc. served on 1/23/2017, answer due 3/24/2017, filed.(Taherzadeh, Mo) (Entered: 02/12/2017) |
| 02/20/2017 | 8 | Joint MOTION for Extension of Time for filing and briefing a motion to dismiss by SureShot Golf Ventures, Inc., Topgolf International, Inc., filed. Motion Docket Date 3/13/2017. (Attachments: # 1 Proposed Order)(Royall, Michael) (Entered: 02/20/2017) |
| 02/28/2017 | 9 | ORDER Granting 8 Motion for Extension of Time. Defendant's deadline to file a responsive pleading or motion under Rule 12 due 4/13/2017; plaintiff's response due 5/24/2017; defendant's reply due 6/2/2017.(Signed by Judge Gray H Miller) Parties notified.(rkonieczny, 4) (Entered: 02/28/2017) |
| 04/13/2017 | 10 | MOTION to Dismiss *Pursuant to Rule 12(B)(1) and 12(B)(6) AND Brief in Support* by Topgolf International, Inc., filed. Motion Docket Date 5/4/2017. (Attachments: # 1 Proposed Order)(Royall, Michael) (Entered: 04/13/2017) |
| 04/13/2017 | 11 | APPENDIX re: 10 MOTION to Dismiss *Pursuant to Rule 12(B)(1) and 12(B)(6) AND Brief in Support* by Topgolf International, Inc., filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Royall, Michael) (Entered: 04/13/2017) |

| 05/11/2017 | 12 | Unopposed MOTION for Extension of Time Response to Motion to Dismiss by SureShot Golf Ventures, Inc., filed. Motion Docket Date 6/1/2017. (Attachments: # 1 Proposed Order Order granting motion to revise briefing deadlines)(Taherzadeh, Mo) (Entered: 05/11/2017) |
| --- | --- | --- |
| 05/17/2017 | 13 | ORDER GRANTING 12 Unopposed MOTION for Extension of Time Response to Motion to Dismiss ; ( Responses due by 6/9/2017, Replies due by 6/23/2017)(Signed by Judge Gray H Miller) Parties notified.(rkonieczny, 4) (Entered: 05/17/2017) |
| 06/09/2017 | 14 | RESPONSE to 10 MOTION to Dismiss *Pursuant to Rule 12(B)(1) and 12(B)(6) AND Brief in Support* filed by SureShot Golf Ventures, Inc.. (Attachments: # 1 Appendix DOJ and FTC documents, # 2 Proposed Order Order denying motion to dismiss)(Taherzadeh, Mo) (Entered: 06/09/2017) |
| 06/23/2017 | 15 | NOTICE of Appearance by William T. Thompson on behalf of Topgolf International, Inc., filed. (Thompson, William) (Entered: 06/23/2017) |
| 06/23/2017 | 16 | REPLY in Support of 10 MOTION to Dismiss *Pursuant to Rule 12(B)(1) and 12(B)(6) AND Brief in Support*, filed by Topgolf International, Inc.. (Royall, Michael) (Entered: 06/23/2017) |
| 08/24/2017 | 17 | MEMORANDUM OPINION AND ORDER GRANTING 10 MOTION to Dismiss *Pursuant to Rule 12(B)(1) and 12(B)(6) AND Brief in Support*. (Signed by Judge Gray H Miller) Parties notified.(rkonieczny, 4) (Entered: 08/24/2017) |
| 09/05/2017 | 18 | FINAL JUDGMENT in favor of defendant. Case terminated on 9/5/2017 (Signed by Judge Gray H Miller) Parties notified.(rkonieczny, 4) (Entered: 09/05/2017) |
| 09/25/2017 | 19 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 18 Final Judgment by SureShot Golf Ventures, Inc. (Filing fee $ 505, receipt number 0541-18972499), filed.(Taherzadeh, Mo) (Entered: 09/25/2017) |