# TRANSCRIPT ORDER FORM

District Court: So. Dist. of Texas, Houston Divison    District Court Docket No. 4:17-cv-127

Short Case Title: SureShot Golf Ventures v. Topgolf Int'l, Inc.    Court Reporter: NA

**ONLY ONE COURT REPORTER PER FORM**

Date Notice of Appeal Filed by Clerk of District Court: 9/25/2017    Court of Appeals No.: 17-0607

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete the Following:**

☒ No Hearings  ☐ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

or

**Check All of the Following that Apply, Enter the date of the proceeding in the blank line.**

This is to Order a Transcript of the following proceedings: ☐ Bail Hearing: _____  ☐ Voir Dire: _____
☐ Opening Statement of Plaintiff: _____  ☐ Opening Statement of Defendant: _____
☐ Closing Argument of Plaintiff: _____  ☐ Closing Argument of Defendant: _____
☐ Opinion of court: _____  ☐ Jury Instructions: _____  ☐ Sentencing: _____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the transcript.** The method of payment will be:

☐ Private Funds;  ☐ Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment waived by reporter;  ☐ U.S. Government Funds
☐ Other _____

Signature: /s/ Mo Taherzadeh    Date Transcript Ordered: 10/2/2017
Print Name: Mo Taherzadeh    Phone: 713-360-6055
Counsel for: SureShot Golf Ventures, Inc.
Address: 550 Post Oak Blvd., Suite 580, Houston, TX 77027

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Payment Arrangements have NOT been made. Reason: ☐ Deposit not received  ☐ Unable to contact ordering party
☐ Other (Specify) _____

Date: _____  Signature of Reporter: _____  Tel. _____
Address of Reporter: _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages: _____    Actual Number of Volumes: _____

Date: _____    Signature of Reporter: _____